UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| KATE GRIFFIN, | Case No.: 19cv1807-MMA (BGS) |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, LLC** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, LLC, et al., | [Doc. No. 24] |
| Defendant. | |

On February 10, 2020, Plaintiff Kate Griffin ("Plaintiff") and Defendant Experian Information Solutions, LLC ("Experian") filed a joint motion to dismiss Experian from this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See* Doc. No. 24. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** Experian from this action **with prejudice**. Each party must bear its own costs and attorney's fees. The Clerk of Court is instructed to terminate this action as to Experian.

**IT IS SO ORDERED.**

Dated: February 10, 2020

HON. MICHAEL M. ANELLO
United States District Judge