# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATE GRIFFIN,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, LLC, et al.,<br><br>Defendant. | Case No.: 19cv1807-MMA (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>[Doc. No. 27] |

On February 19, 2020, Plaintiff Kate Griffin ("Plaintiff") and Defendant Trans Union LLC ("Trans Union") filed a joint motion to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See* Doc. No. 27. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** this action **with prejudice**. Each party must bear its own costs and attorney's fees. The Clerk of Court is instructed to close the case.

**IT IS SO ORDERED.**

Dated: February 19, 2020

HON. MICHAEL M. ANELLO
United States District Judge